B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re   Eagles Crest Leasing Group 1, LLC                                         Case No.   10-06103
                                        Debtor(s)                                 Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Savage & Browning<br>8676 W. 96th St., Ste 100<br>Overland Park, KS 66212 | Savage & Browning<br>8676 W. 96th St, Ste 100<br>Overland Park, KS 66212 | Professional Fees | | 18,449.00 |
| Midwest Lawns<br>3511 West 29th Street<br>Davenport, IA 52804 | Midwest Lawns<br>3511 West 29th Street<br>Davenport, IA 52804 | Trade debt | | 5,212.40 |
| Actually Clean<br>PO Box 2031<br>Davenport, IA 52809-2031 | Actually Clean<br>PO Box 2031<br>Davenport, IA 52809-2031 | Trade debt | | 4,210.85 |
| MidAmerican Energy<br>PO Box 8020<br>Davenport, IA 52808 | MidAmerican Energy<br>PO Box 8020<br>Davenport, IA 52808 | Utilities | Disputed | 4,133.63 |
| Harris Excavating<br>20606 Maysville Road<br>Davenport, IA 52804 | Harris Excavating<br>20606 Maysville Road<br>Davenport, IA 52804 | Trade debt | | 3,051.30 |
| Astra Furniture Rental & Sales<br>PO Box 3587<br>Davenport, IA 52808-3587 | Astra Furniture Rental & Sales<br>PO Box 3587<br>Davenport, IA 52808-3587 | Trade debt | | 2,290.44 |
| Sherwin-Williams<br>11 E 50th Street<br>Davenport, IA 52809-5995 | Sherwin-Williams<br>11 E 50th Street<br>Davenport, IA 52809-5995 | Trade debt | | 2,286.10 |
| Iowa American Water<br>PO Box 94551<br>Palatine, IL 60094-4551 | Iowa American Water<br>PO Box 94551<br>Palatine, IL 60094-4551 | Utilities | Disputed | 1,907.79 |
| Network Communications, Inc.<br>PO Box 935080<br>Atlanta, GA 31193 | Network Communications, Inc.<br>PO Box 935080<br>Atlanta, GA 31193 | Trade debt | | 1,158.00 |
| Becky Whitlock<br>1701 Eagles Crest Ave, Unit B5<br>Davenport, IA 52804 | Becky Whitlock<br>1701 Eagles Crest Ave, Unit B5<br>Davenport, IA 52804 | Trade debt | | 859.00 |
| Ervin's Inc<br>201 Liberty Street<br>PO Box 8<br>Wilton, IA 52778 | Ervin's Inc<br>201 Liberty Street<br>PO Box 8<br>Wilton, IA 52778 | Trade debt | | 777.44 |
| Stanley, Lande & Hunter<br>301 Iowa Avenue, Ste 400<br>Muscatine, IA 52761 | Stanley, Lande & Hunter<br>301 Iowa Avenue, Ste 400<br>Muscatine, IA 52761 | Professional Fees | | 729.92 |

B4 (Official Form 4) (12/07) - Cont.

| In re | Eagles Crest Leasing Group 1, LLC | Case No. | 10-06103 |
|---|---|---|---|
| | Debtor(s) | | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Qwest<br>PO Box 91154<br>Seattle, WA 98111-9254 | Qwest<br>PO Box 91154<br>Seattle, WA 98111-9254 | Utilities | Disputed | 726.44 |
| Tri-State Automatic Sprinkler Corp<br>5570 Carey Avenue<br>Davenport, IA 52807 | Tri-State Automatic Sprinkler Corp<br>5570 Carey Avenue<br>Davenport, IA 52807 | Trade debt | | 642.00 |
| Yellow Book West<br>PO Box 660052<br>Dallas, TX 75266-0052 | Yellow Book West<br>PO Box 660052<br>Dallas, TX 75266-0052 | Trade debt | | 560.29 |
| City of Davenport<br>226 West Fourth Street<br>Davenport, IA 52801 | City of Davenport<br>226 West Fourth Street<br>Davenport, IA 52801 | Trade debt | | 435.45 |
| Anderson Appliance Service<br>18 Crestview Drive<br>Geneseo, IL 61254 | Anderson Appliance Service<br>18 Crestview Drive<br>Geneseo, IL 61254 | Trade debt | | 304.33 |
| Lowe's<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Lowe's<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Credit card debt | | 292.97 |
| HyVee Accounts Receivable<br>5820 Westown Parkway<br>West Des Moines, IA 50266 | HyVee Accounts Receivable<br>5820 Westown Parkway<br>West Des Moines, IA 50266 | Credit card debt | | 231.15 |
| RealPage, Inc.<br>PO Box 671733<br>Dallas, TX 75267-1733 | RealPage, Inc.<br>PO Box 671733<br>Dallas, TX 75267-1733 | Trade debt | | 221.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 14, 2011                    Signature  /s/ John R. Pratt
                                                     John R. Pratt
                                                     President, Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Actually Clean
PO Box 2031
Davenport, IA 52809-2031

Alan Meyer
605 Breconshire Lane
Coralville, IA 52241

Anderson Appliance Service
18 Crestview Drive
Geneseo, IL 61254

Astra Furniture Rental & Sales
PO Box 3587
Davenport, IA 52808-3587

Bank of the West
13220 California Street, 2nd Floor
Omaha, NE 68154

Bank of the West
Mr. Dennis Boesen
PO Box 515274
Los Angeles, CA 90051-6574

Bank of the West
c/o Thomas Burke, Esq.
Whitfield & Eddy, PLC
317 Sixth Ave., Ste 1200
Des Moines, IA 50309-4195

Bank of the West
c/o Gary Norton, Esq.
Whitfield & Eddy, PLC
317 Sixth Ave., Ste. 1200
Des Moines, IA 50309-4195

Becky Whitlock
1701 Eagles Crest Ave, Unit B5
Davenport, IA 52804

City of Davenport
226 West Fourth Street
Davenport, IA 52801

Dan Ahrens
620 Camp Cardinal Rd.
Iowa City, IA 52246

Dial Properties
11506 Nicholas Street, Ste 100
Omaha, NE 68154
```

```
Diamond Vogel Paints
PO Box 8001
Marshalltown, IA 50158

Dovetail Builders II
2201 East Grantview Drive, Ste 200
Coralville, IA 52241

Ervin's Inc
201 Liberty Street
PO Box 8
Wilton, IA 52778

Great Western Supply Co.
116 E 53rd Street
PO Box 2786
Davenport, IA 52809

Harris Excavating
20606 Maysville Road
Davenport, IA 52804

HyVee Accounts Receivable
5820 Westown Parkway
West Des Moines, IA 50266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Iowa American Water
PO Box 94551
Palatine, IL 60094-4551

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

John Pratt
8344 Riverdale Lane
Davenport, FL 33896

Lowe's
PO Box 530954
Atlanta, GA 30353-0954

MidAmerican Energy
PO Box 8020
Davenport, IA 52808

Midwest Lawns
3511 West 29th Street
Davenport, IA 52804
```

Network Communications, Inc.
PO Box 935080
Atlanta, GA 31193

Peachtree Business Products
PO Box 13290
Atlanta, GA 30324

Petersen Plumbing
926 West 3rd Street
Davenport, IA 52802

Qwest
PO Box 91154
Seattle, WA 98111-9254

Raynor Door of Quad Cities
2370 West Lake Blvd
Davenport, IA 52804

RealPage, Inc.
PO Box 671733
Dallas, TX 75267-1733

Savage & Browning
8676 W. 96th St., Ste 100
Overland Park, KS 66212

Scott County Treasurer
600 West 4th Street
Davenport, IA 52801-1003

Sherwin-Williams
11 E 50th Street
Davenport, IA 52809-5995

Stanley, Lande & Hunter
301 Iowa Avenue, Ste 400
Muscatine, IA 52761

Thomas Wright, Esq.
Baird Holm
1500 Woodmen Tower
Omaha, NE 68102-2068

Tri-State Automatic Sprinkler Corp
5570 Carey Avenue
Davenport, IA 52807

US Cellular
Dept 0203
Palatine, IL 60055-0203

```
Yellow Book West
PO Box 660052
Dallas, TX 75266-0052
```