**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Eagles Crest Leasing Group I, LLC**                                    Case No. **10-06103-als11**

          Debtor(s)

**ORDER APPROVING STIPULATION**
**(date entered on docket:  March 7, 2011)**

      Having reviewed the stipulation submitted by the parties at docket number 47, the Court hereby ORDERS that:

(1) The stipulation is approved, and

(2) The use of cash collateral is approved according to the terms set forth in the Stipulation.

                                              /s/  Anita L. Shodeen
                                              Anita L. Shodeen
                                              U.S. Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Others: