**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Eagles Crest Leasing Group 1, LLC**                    Case No. **10-06103-als11**

                Debtor(s)

August 1, 2011 Courtroom Hearing on:
**Combined hearing on Approval of Disclosure Statement and
Confirmation of Chapter 11 Plan (#83) and Objection (#88 & 89)**

Audio Recorder:  Kelli Platt

Appearances:   Jeffrey D. Goetz, Attorney for Debtor (☒ Present   ☐ Not Present   ☐ NA)
Thomas H. Burke, Attorney for Bank of the West (☒ Present   ☐ Not Present   ☐ NA)
James L. Snyder, Assistant United States Trustee (☐ Present   ☐ Not Present   ☒ NA)

Witness:   John Pratt

**ORDER**
(date entered on docket: August 16, 2011)

Based upon the statements of counsel for the Debtor in Possession at the time of the hearing and the docket the Court hereby FINDS:  that the pending objection(s) to the plan has been resolved and the ballot report has been amended to reflect a change in voting in the unsecured class.

**It is hereby ORDERED that:**

(1) The amended Disclosure Statement filed at docket number 93 is approved.

(2) The requirements of 11 U.S.C. section 1129(a) having been satisfied, the pending Modified Plan at Docket Number 94 is confirmed.

(3) Confirmation of the plan, to the extent provided in 11 U.S.C. sections 524 and 1141, discharge the debtor, binds the debtor and other entities, vests property of the estate in the debtor free and clear of claims and interest of creditors and other entities, and voids any judgment and operates as an injunction with respect to any debt discharged.

(4) Any claims arising from the rejection of executory contracts or leases shall be filed no later than September 15, 2011.

(5) Any administrative claims, or claims arising under 11 U.S.C. section 506(b), shall be filed no later than September 30, 2011.

(6) Service of this Order on all parties in interest and on the United States Trustee shall satisfy Bankruptcy Rules of Procedure 2002(f)(7); 2002(k); 3020(c)(2) and 3020(c)(3).

Today's record shall constitute the Court's findings and conclusions pursuant to Bankruptcy Rules of Procedure 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☒ Everyone in this Chapter Case
☐ Others: